**Joseph M. Salama**
Direct Dial: (212) 906-1229
joseph.salama@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

August 13, 2009

## VIA ECF AND OVERNIGHT MAIL

The Honorable Leonard D. Wexler
United States District Court for the
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

      Re:    *Massachusetts Bricklayers and Masons Trust Funds v. Deutsche Alt-A Securities, Inc., et al.,* 08-CV-3178 (LDW) (MLO)

Dear Judge Wexler:

      We represent all defendants in this action except for defendant Kevin P. Burns.  (To our knowledge, Mr. Burns has not been served in this action and is not separately moving to dismiss.)  We are writing to request permission to file a brief in support of defendants' motion to dismiss the amended complaint in excess of the 25-page limit specified in Rule 2.D of your Honor's Individual Practices.  For the below reasons, we request to file a brief not to exceed 35 pages.  Plaintiffs' counsel consents to this request on the condition (to which we do not object) that they be allowed to file an opposition brief of the same length.

      The 91-page, 233-paragraph amended complaint contains three claims for violations of the Securities Act of 1933 against nine defendants.  Defendants are required to respond to the amended complaint by August 14, 2009. The claims challenge the accuracy of the disclosures in prospectuses relating to fourteen distinct offerings of residential mortgage-backed securities.  We anticipate filing one consolidated motion that addresses plaintiffs' allegations and asserts several independent grounds to dismiss the claims.

The Honorable Leonard D. Wexler
August 13, 2009
Page 2

LATHAM & WATKINS LLP

      We thus respectfully request permission to file a 35-page brief on behalf of all defendants represented by us.

                   Respectfully,

                   Joseph M. Salama
                   of LATHAM & WATKINS LLP

cc:     David A. Rosenfeld, Esq.
        Jonathan Gardner, Esq.
        Counsel for Plaintiffs