UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MASSACHUSETTS BRICKLAYERS AND MASONS TRUST FUNDS, Individually and On Behalf of All Others Similarly Situated, | : : : : : | Civil Action No. 2:08-cv-03178-LDW-ARL <br><br> CLASS ACTION |
| Plaintiff, | : : | NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| vs. | : : |  |
| DEUTSCHE ALT-A SECURITIES, INC., et al., | : : : |  |
| Defendants. | : : |  |

581047_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon the annexed affidavit of movant, Matthew I. Alpert, in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Arlene R. Lindsay at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an associate of the firm of Robbins Geller Rudman & Dowd LLP and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for plaintiff. There are no pending disciplinary proceedings against me in any State or Federal court.

DATED: October 12, 2010

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
THOMAS E. EGLER
SCOTT H. SAHAM
SUSAN G. TAYLOR
NATHAN R. LINDELL
MATTHEW I. ALPERT

s/ MATTHEW I. ALPERT
MATTHEW I. ALPERT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
CAROLINA C. TORRES
JARRETT S. CHARO
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2010.

      s/ MATTHEW I. ALPERT
      MATTHEW I. ALPERT

      ROBBINS GELLER RUDMAN
           & DOWD LLP
      655 West Broadway, Suite 1900
      San Diego, CA 92101-3301
      Telephone: 619/231-1058
      619/231-7423 (fax)

      E-mail: malpert@rgrdlaw.com

581047_1

# Mailing Information for a Case 2:08-cv-03178-LDW -ARL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas E. Egler**
  tome@rgrdlaw.com,nlindell@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John Michael Falzone , III**
  john.falzone@lw.com,johnmfalzone@yahoo.com

- **Jonathan Gardner**
  jgardner@labaton.com,electroniccasefiling@labaton.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Nathan R Lindell**
  nlindell@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Richard Owens**
  richard.owens@lw.com

- **Marianne Margaret Recher**
  marianne.recher@lw.com

- **David A. Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@csgrr.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Susan G. Taylor**
  susant@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jamie Wine**
  jamie.wine@lw.com,rachel.feld@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`