UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
MASSACHUSETTS BRICKLAYERS AND : Civil Action No. 2:08-cv-03178-LDW-ARL
MASONS TRUST FUNDS, Individually and :
On Behalf of All Others Similarly Situated, : CLASS ACTION
:
    Plaintiff, : NOTICE OF MOTION AND MOTION FOR
: (1) FINAL APPROVAL OF CLASS ACTION
    vs. : SETTLEMENT AND PLAN OF
: ALLOCATION OF SETTLEMENT
DEUTSCHE ALT-A SECURITIES, INC., et : PROCEEDS AND (2) AWARD OF
al., : ATTORNEYS' FEES AND EXPENSES AND
: LEAD PLAINTIFFS' EXPENSES
    Defendants. : PURSUANT TO 15 U.S.C. §77z-1(a)(4)
---------------------------------------------------------- x

714650_1

PLEASE TAKE NOTICE that Lead Plaintiffs hereby move the Court for entry of orders and/or judgments (1) finally approving the settlement of the Litigation, (2) approving the Plan of Allocation of settlement proceeds, and (3) awarding Lead Counsel attorneys' fees of 26.5% of the Settlement Amount, plus expenses incurred in the Litigation, plus interest on both. Defendants do not oppose this Motion. This Motion is based upon the Stipulation and Agreement of Settlement dated as of March 15, 2012 and the exhibits annexed thereto, the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Lead Plaintiffs' Expenses Pursuant to 15 U.S.C. §77z-1(a)(4), the declarations filed in support thereof and all other proceedings herein. Accordingly, Lead Plaintiffs by and through Lead Counsel, will request this Court, before the Honorable Leonard D. Wexler, United States District Judge for the Eastern District of New York, at the Alfonse M. D'Amato, United States Courthouse, 100 Federal Plaza, Central Islip, New York, on July 11, 2012, at 11:00 a.m., to enter a Final Order and Judgment, an Order Approving Plan of Allocation of Settlement Proceeds, and an Order Awarding Attorneys' Fees and Expenses and Lead Plaintiffs' Expenses Pursuant to 15 U.S.C. §77z-1(a)(4).

DATED: June 1, 2012

Respectfully submitted,

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER

s/ JONATHAN GARDNER
JONATHAN GARDNER

714650_1

140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
KEITH F. PARK
JONAH H. GOLDSTEIN
RYAN A. LLORENS
NATHAN R. LINDELL
IVY T. NGO
L. DANA MARTINDALE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
keithp@rgrdlaw.com
jonahg@rgrdlaw.com
ryanl@rgrdlaw.com
ingo@rgrdlaw.com
dmartindale@rgrdlaw.com

Co-Lead Counsel for Plaintiffs