

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

x

MASSACHUSETTS BRICKLAYERS AND
MASONS TRUST FUNDS, Individually and
On Behalf of All Others Similarly Situated,

                  Plaintiff,

    vs.

DEUTSCHE ALT-A SECURITIES, INC., et
al.,

                Defendants.

---

x

: Civil Action No. 2:08-cv-03178-LDW-ARL

: CLASS ACTION

: [PROPOSED] ORDER APPROVING PLAN
: OF ALLOCATION OF SETTLEMENT
: PROCEEDS

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★   JUL 1 1 2012   ★

LONG ISLAND OFFICE

THIS MATTER having come before the Court on July 11, 2012 on the application of the Lead Plaintiffs for approval of the Settlement set forth in the Stipulation and Agreement of Settlement, dated as of March 15, 2012 (the "Stipulation"); the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court hereby finds and concludes that due and adequate notice was directed to persons and entities who are Settlement Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

2.      The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of Authorized Claimants that is set forth in the Notice of Pendency of Class Action and Proposed Settlement and Motion for Attorneys' Fees and Expenses (the "Notice") disseminated to Settlement Class Members provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members.

3.      The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED:   7|11|12
         Central Islip, New York

THE HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

-2-